44 A.3d 1146

Kenneth HOLMES, Petitioner

v.

PENNSYLVANIA DEPARTMENT OF
CORRECTIONS, Respondent.

No. 15 EM 2012.

Supreme Court of Pennsylvania.

May 14, 2012.

## ORDER

PER CURIAM.

AND NOW, this 14th day of May, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief and the Application for an Immediate Hearing are **DENIED.**